In the Matter of the Application of MAXWELL STEVENSON, Respondent, for Payment Out of the General Fund of the Supreme Court.

In the Matter of the Application of ELOISE KERNOCHAN, Respondent, for Payment Out of the General Fund of the Supreme Court.

In the Matter of the Application of PAUL E. STEVENSON, Respondent, for Payment Out of the General Fund of the Supreme Court.

THE PEOPLE OF THE STATE OF NEW YORK et al., Appellants.

*Matter of Stevenson*, 139 App. Div. 909, appeal dismissed.
(Argued November 15, 1910; decided November 29, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1910, which confirmed the report of a referee and directed that two funds known respectively as the surplus interest account and the contingent account be consolidated as an indemnity fund for the relief of the petitioners and persons similarly situated.

*Edward R. O'Malley*, Attorney-General (*Frederick Tanner* and *Robert P. Beyer* of counsel), for appellants.

*Harlan F. Stone* and *Chester R. Dewey* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.